IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE BARNHARDT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OPEN HARVEST COOPERATIVE,<br><br>　　　　　　Defendant. | 4:12CV3156<br><br>ORDER ON MOTION TO CONTINUE |

　　　IT IS ORDERED that the Motion to Continue, ECF No. 31, is granted and the plaintiff shall file and serve her brief in opposition to the defendant's motion for summary judgment on or before March 29, 2013.

　　　Dated March 25, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　　　　　　　　United States Senior District Court