IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQUELINE BARNHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3156 |
| | ) | |
| v. | ) | |
| | ) | |
| OPEN HARVEST COOPERATIVE, | ) | MEMORANDUM AND ORDER ON |
| | ) | REQUESTS FOR COSTS |
| Defendant. | ) | |
| | ) | |

    Now before me are the Findings and Recommendation on Taxation of Costs filed by United States Magistrate Judge Cheryl R. Zwart on July 23, 2013. (ECF No. 50.) Judge Zwart recommends that the defendant's request for costs, (ECF No. 44), be granted; that costs be taxed in favor of the defendant and against the plaintiff in the amount of $1,737.50; and that the plaintiff's motion to stay the imposition of costs, (ECF No. 48), be denied.

    No timely objections to the magistrate judge's findings and recommendation have been filed. See 28 U.S.C. § 636(b)(1) (allowing parties to file objections within 14 days of service of a copy of the magistrate judge's findings and recommendation). Nevertheless, I have conducted a de novo review, and I find that Judge Zwart's findings and recommendation should be adopted in full.

    **IT IS ORDERED** that:

    1.    The magistrate judge's findings and recommendation, (ECF No. 50), are adopted;

    2.    The defendant's request for costs, (ECF No. 44), is granted;

3.    Costs are taxed in favor of the defendant and against the plaintiff in the amount of $1,737.50; and

4.    The plaintiff's motion to stay, (ECF No. 48), is denied.

Dated August 12, 2013.

        BY THE COURT

        _____
        Warren K. Urbom
        United States Senior District Judge